## ITHE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

———————————————————————
Suzanne Eser,                                    )        U.S. District Court
       Appellant                          )        Case No. 1:25-cv-10505-JEK
v.                                                        )        Judge Julia E. Kobick
                               )
Donald Lassman, Bankruptcy Court Employee, )
Massachusetts Institute of Technology        )
Federal Credit Union, Debt Collector          )
———————————Appellee———————————)

## VERIFIED MOTION FOR PERMISSION TO LATE FILE REPLY BRIEF AND APPENDICES BY ONE WEEK BY OCTOBER 1, 2025 DUE TO A MEDICAL EMERGENCY

Now comes the Appellant, Suzanne Eser, with verified motion to respectfully request permission to late file her reply brief by one week, on October 1, 2025, as she has a medical emergency where she has broken 4 of her bottom teeth down inside her gums in an accident and has developed an abscess from her not yet being able to get a dental surgeon appointment to repair them. She is in a great deal of pain from infection and swelling and is unable to afford antibiotics or pain medications for her infection and for her spinal injury; as she is indigent which limits her ability to get the help she requires.

    She has completed her first draft of her reply brief and still needs it reviewed this week by the legal aid of the Maapl organization before submission.

The Appellant respectfully asks this Honorable Court for permission to late file her reply brief on October 1, 2025, or a further date this Court will allow.

Signed under the pains and penalty of perjury to the best of my knowledge on this 24th day of September, 2025.

Respectfully submitted,

By: */s/suzanne eser* _____
Suzanne Eser, Pro Se Appellant
c/o 21 Broad Street
Merrimac MA 01860
Tel: 802-829-0773
workemailonly@mail.com

Dated: September 24, 2025

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished on this 24ᵗʰ day of September, 2025 by email to:

Donald Lassman,Trustee
Law Offices of Donald Lassman
P. O. Box 920385
Needham, MA 02492
Don@Lassmanlaw.com

Adam Ruttenberg, Esq.
Beacon Law Group LLC
935 Great Plain Avenue, #116
Needham, MA 02492
aruttenberg@beaconlawgroup.com

Phil Taylor
Taylor Law Office
2 Main Street, Suite 325
Stoneham, MA 02180
ptaylor@taylorlawoffice.com

Chris Thornton
172 Main Street
P.O. Box 701
Rowley, MA 01969
thorntonlawoffice@comcast.net
chris@thorntonlawnorthshore.com

Robert Tenney
Cunningham, Machanic, Cetlin
Johnson, Harney & Tenny LLP
220 North Main Street, Suite 301
Natick, MA 01760
rtenny@cmlaw.net

by: /s/suzanne eser
Suzanne Eser, Pro Se Apellant
c/o 21 Broad Street
Merrimac  MA 01860
(802) 829-0773
workemailonly@mail.com

Dated: September 24, 2025