# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re Eser et al** ) <br> ) <br> SUZANNE ESER ) <br>     Appellant ) <br> ) <br> v. ) <br> ) <br> DONALD LASSMAN, et al ) <br> ) <br>     Appelle ) | No. 1:25-cv-10505-JEK |

## ORDER OF DISMISSAL

**KOBICK, D.J.**

In accordance with this court's Memorandum & Order, ECF 35, dated March 2, 2026, AFFIRMING the Bankruptcy Court's order approving the Trustee's proposed Settlement Agreement, it is hereby ORDERED the above-entitled action be, and hereby, is dismissed.

**SO ORDERED.**

Dated: March 2, 2026

/s/ Haley Currie
_____
Deputy Clerk