UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Suzanne Eser,
Appellant
_____

)
)
)
)
)
v.                                                )          C.A. No.1:25-cv-10505-JEK
                                                  )
Donald Lassman,BankruptcyTrustee;                 )
MIT Institute of Technology                       )
_____                       )
Federal Credit Union, (Mitfcu),                   )
Apellees                                          )

## NOTICE OF APPEAL

Notice is hereby given that __Suzanne Eser_____, the ___Appellant___ in the above-
                                                           /Debtor
named matter, hereby appeals to the United States Court of Appeals For the First Circuit from

the __Order Docket #35,#36_____   entered in this action on __March 2, 2026,___.
U.S. District Court
Affirming the Bankruptcy's court order approving the Trustee, Lassman's and Mitfcu proposed
Settlement Agreement and order of dismissal.

Respectfully submitted,

Date:   April 1, 2026

_____
(signature)
Print name & address:
Suzanne Eser
c/o 21 Broad Street
Merrimac, Ma 01860

## Certificate of Service

I, __Suzanne Eser_____, certify that I have caused a copy of this Notice of Appeal to be

served by emailing a copy of the same to Donald Lassman,Don@Lassmanlaw.com _____ (recipient)), at
Attorney      Bob Tenney, rtenney@cmlaw.net
Attorney      Adam Ruttenberg, aruttenberg@beaconlawgroup.com
_____ (address) on April 1, 2026_____ (date).

Date:  April 1, 2026

_____
(signature)   Suzanne Eser
Print name: