EXHIBIT B

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

In re Eser et al )
)
SUZANNE ESER )
    Appellant )
)
                    No. 1:25-cv-10505-JEK
)
      v. )
)
DONALD LASSMAN, et al )
)
    Appelle )

### ORDER OF DISMISSAL

**KOBICK, D.J.**

In accordance with this court's Memorandum & Order, ECF 35, dated March 2, 2026, AFFIRMING the Bankruptcy Court's order approving the Trustee's proposed Settlement Agreement, it is hereby ORDERED the above-entitled action be, and hereby, is dismissed.

**SO ORDERED.**

Dated: March 2, 2026

/s/ Haley Currie
Deputy Clerk