## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Docket #1:25-cv-10505-JEK**

_____
                                        )
Suzanne Eser,                           )    **VERIFIED MOTION FOR**
          Appellant                     )    **PERMISSION TO APPEAL**
   v.                                   )    **IN FORMA PAUPERUS**
Donald Lassman, Trustee,                )
Massachusetts Institute of Technology   )
Federal Credit Union,                   )
          Appellee.                     )
_____)

## VERIFIED MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERUS

NOW COMES Appellant, Suzanne Eser, with verified motionfor permission to appeal in forma pauperus, to waive the filing fee for appeal and appeal bond, if required, as the Appellant is indigent, as determined by the U.S. District Court, the U.S. Bankruptcy Court, the Massachusetts Northeast Housing Court and the Massachusetts District Court. The Appellant's Forma Pauperus Affidavit has been filed with the Court and attached is to this motion.

Signed under the pains and penalties of perjury to the best of her knowledge on this 1st day of April, 2026.

Respectfully submitted,

by:/s/suzanne eser
Suzanne Eser, Pro Se
C/O 21 Broad Street
Merrimac, MA 01860
802-829-0773
workemailonly@mail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above document has been furnished on this 2ed day of April, 2026 via email to:

Donald Lassman, Trustee
Law Offices of Donald Lassman
P. O. Box 920385
Needham, MA 02492
Don@Lassmanlaw.com

Adam Ruttenberg
Beacon Law Group LLC
935 Great Plain Avenue, #116
Needham, MA 02492
aruttenberg@beaconlawgroup.com01

Robert Tenney
Cunningham, Machanic, Cetlin
Johnson, Harney & Tenny LLP
220 North Main Street, Suite 301
Natick, MA 01760
rtenny@cmlaw.net

by:/s/suzanne eser
Suzanne Eser,  Pro Se
C/O 21 Broad Street
Merrimac, MA 01860
(802) 829-0773
workemailonly@mail.com

Dated: April 1,, 2026