# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:  In Re Eser et al

District Court Number:  25cv10505-JEK

Fee:    Paid?   Yes _____  No _____   Government filer _____   *In Forma Pauperis* Yes __X__   No _____

Motions Pending          Yes _____ No __X__          Sealed documents          Yes __X__ No _____
*If yes, document #*  _____          *If yes, document #*          10 _____

*Ex parte* documents     Yes _____ No __X__          Transcripts          Yes _____ No __X__
*If yes, document #*  _____          *If yes, document #*          _____

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent _____   Other: _____

Appeal from:

### #35 Memorandum and Order, #36 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

### #35, #36, and #37

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # ___37_____ filed on __April 2, 2026_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __April 3, 2026_____.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**